## ATTACHMENT A: STIPULATED FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the Government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **GREGORY KING** ("**KING**"), was a resident of the District of Columbia.

On October 9, 2013, **KING** initiated a chat with a 13 year old female (herein "T.R.") on Facebook. T.R. advertised her age on her profile page as 13.

**KING** and T.R. continued to chat, discussing sexual activities. On October 9, 2013, **KING** took a photo of himself in the mirror naked with a towel partially covering his genitalia and sent it to T.R. In response, T.R. photographed her genitalia and sent the picture to **KING**. **KING** then requested another picture of her genitalia and one of her buttocks. **KING** then sent two pictures of his penis to T.R. Later in the chat, T.R. sent a picture of her breasts to **KING**. **KING** told T.R. he wanted to engage in oral sex with her. When asked when he could engage in sexual acts with her, T.R. responded "never."

On October 11, 2013, **KING** and T.R. engaged in a brief chat and continued their chat to October 12, 2013, during which time **KING** offered to pick up T.R. from her home. During a chat on October 16, 2013, **KING** asked T.R. if she had engaged in sex yet, to which she responded that she had not.

On October 30, 2013, **KING** and T.R. chatted about **KING** coming to T.R.'s home in Maryland from the District of Columbia. T.R. provided her address when **KING** advised he would take a bus to her home. **KING** was not able to get to T.R.'s home that night.

On November 5, 2013, during another chat with T.R., **KING** repeatedly asked T.R. for a picture. T.R. sent **KING** a picture of her genitalia to **KING**. In response to her picture, **KING** stated "I am ready to see how you taste." **KING** then asked if T.R. would perform oral sex on him.

On November 9, 2013, T.R. told **KING** it was her 14th birthday and she was going to a skating party. T.R. then sent a picture of herself, fully clothed, to **KING**.

On November 21, 2013, **KING** and T.R. chatted about him coming to her home in Maryland. That evening, **KING** took a bus from the District of Columbia to Maryland, where he met with T.R. at her home and where he spent the night.

Following his arrest on January 19, 2014, **KING** agreed to speak to law enforcement. **KING** acknowledged engaging in chats with T.R. and sending pictures of his penis to her.

1

**KING** also acknowledged that he asked T.R. to send pictures of her genitalia and breasts to him. **KING** told law enforcement that he knew T.R. was younger than 18 years of age. **KING** advised that on November 21, 2103, he took a bus from the District of Columbia to Maryland where he met T.R. at her home and spent the night.

\* \* \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_07-30-2014_  
Date

_[signature]_  
Gregory King

I am the attorney for Gregory King. I have carefully reviewed the statement of facts with him.

_7/30/2014_  
Date

_[signature]_  
Ebise Bayisa, Esq.

2